JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTELMA CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINCARE INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:20-cv-02043 JWH-E<br><br>*[Assigned to the Hon. John W. Holcomb]*<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO VENTURA COUNTY SUPERIOR COURT [62]** |

After reviewing the Parties' Stipulation to Remand Removed Action (the "Stipulation"), and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED** and the joint request to remand is **GRANTED**.

2. This matter is hereby **REMANDED** to the Superior Court of the State of California for the County of Ventura.

**IT IS SO ORDERED.**

Dated: October 9, 2022

_____
The Honorable John W. Holcomb
United States District Judge